UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JOHNY JEUNE** | **CIVIL ACTION NO. 11-0903** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **JOHN SMITH, WARDEN, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petitioner's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2241 [Doc. No. 1] is hereby **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 7th day of March, 2012.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **JOHNY JEUNE** | * | **CIVIL ACTION NO. 11-0903** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **JOHN SMITH, WARDEN, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petitioner's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2241 (Doc. # 1) is hereby **DISMISSED** without prejudice, for lack of subject matter jurisdiction.

THUS DONE AND SIGNED this _____ day of _____ 2012 in

Monroe, Louisiana.

_____

ROBERT G. JAMES

UNITED STATES DISTRICT JUDGE